**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LAWRENCE BROCKMAN                                                                               PLAINTIFF

v.                                              4:15CV00555-JM-JJV

FAULKNER COUNTY; *et al.*                                                              DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

1

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Lawrence Brockman ("Plaintiff") began this action on September 8, 2015, by filing a *pro se* Complaint (Doc. No. 1) without the statutory filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit ("Application"). That day, I entered an Order directing Plaintiff to submit the filing fee or a completed Application within thirty days. (Doc. No. 2.) In excess of thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order.

IT IS THEREFORE RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

So Recommended this 26th day of October, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE