IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAWRENCE BROCKMAN                                                                                    PLAINTIFF

v.                                                   4:15CV00555-JM-JJV

FAULKNER COUNTY; *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

DATED this 16th day of November, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE